**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRACY E. W., | ) | NO. ED CV 23-1288-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MARTIN J. O'MALLEY,<br>Commissioner of Social Security,[1] | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant and this action is dismissed with prejudice.

DATED: January 11, 2024.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] Martin J. O'Malley, Commissioner of Social Security, is hereby substituted as Defendant in this matter. See Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 405(g).